■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDE STUART JESTER, Appellant.— Appeal from an order of the County Court of Schoharie County, denying the defendant-appellant's application, in the nature of a writ of error *coram nobis*, to vacate a judgment of conviction. In view of the confusion as to the identity of the check upon which the forgery indictment, to which the appellant pleaded guilty, was based, we believe that a formal hearing should be held upon the appellant's application. It appears that there was an informal hearing and that certain exhibits were considered by the court but no formal hearing was held (cf. *People* v. *Moss*, 4 A D 2d 810). The order is accordingly reversed and the case remitted to the County Court for hearing. If the appellant requests the assistance of counsel, counsel should be assigned to represent him at the hearing (*People* v. *St. John*, 281 App. Div. 1061). Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ., concur.

■ In the Matter of the Claim of SALVATORE FIORE, JR., Appellant, against MERRITT CHAPMAN & SCOTT CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of HERMAN LEIBOWITZ, Appellant, against SERVICE MASONS & PLASTER SUPPLY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ CHARLES LINART et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 30569.) — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ EARL LUTES, Appellant, v. JOSEPH L. MORAN, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ ALFONSO M. RIZZO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30571.) — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ VILLAGE OF LAKE GEORGE, Respondent, v. TOWN OF CALDWELL et al., Appellants.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 3 A D 2d 550.]

■ In the Matter of the Claim of ROBERT S. MATIN, Respondent, against PULLMAN COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 730.]